1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MEDIATEK INC. and
MEDIATEK USA INC.,

        Plaintiffs,

    v.

NXP SEMICONDUCTORS N.V.,
NXP USA, INC., AVNET, INC.,
ARROW ELECTRONICS, INC.,
ROBERT BOSCH GMBH, ROBERT
BOSCH LLC, CONTINENTAL AG,
AND CONTINENTAL
AUTOMOTIVE GMBH,

        Defendants.

No.  2:21-cv-04970-JAK-AFM

**ORDER RE STIPULATED**
**DISMISSAL WITH PREJUDICE**
**(DKT. 31)**

**JS-6**

Based on a review of the parties' Stipulated Dismissal with Prejudice (the "Stipulation" (Dkt. 31)) and pursuant to Fed. R. Civ. P. 41(a), all of MediaTek's claims in this Action as to NXP and as to the other Defendants are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date:   July 25, 2022            

_____
John A. Kronstadt
United States District Judge